RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/28/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| AWSUKNE D. BIBBS | * | CIVIL ACTION NO. 12-1283 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| NURSE GRANT, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint, be, and is hereby **DISMISSED** in accordance with Federal Rule of Civil Procedure 41(b) and Local Rule 41.3W.

MONROE, LOUISIANA, this 27 day of November, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE